PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

**FILED AUG 12 2009**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:03CR00072-001 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Donald Miller<br>641 SE 2nd Street<br>Cross Plains, Texas 76443 | SOUTHERN DISTRICT OF TEXAS | Houston |

| | | |
|---|---|---|
| NAME OF SENTENCING JUDGE | | |
| Chief Judge Hayden Head | | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>January 16, 2008 | TO<br>January 15, 2013 |

**OFFENSE**

Possession with Intent to Distribute 30.15 Kilograms of Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Texas on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_8/5/09_
Date

_[signature]_
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF TEXAS</u>

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

_8-12-09_
Effective Date

_[signature]_
United States District Judge